UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RACHAEL A. WENDEL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 8:20-cv-01261-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation, IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $3,211.54 under 28 U.S.C. § 2412(d) and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 27, 2021

_____
JOHN D. EARLY
United States Magistrate Judge